PROB 12C
(7/93)

Report Date: September 9, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 09 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Lane Jennen          Case Number: 2:05CR00162-002

Address of Offender:          Spokane Valley, WA 99206

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 07/14/2006

Original Offense:     Conspiracy to Manufacture 100 or More Marijuana Plants, 21 U.S.C. §§ 846 and 841(a)(1); Criminal Forfeiture, 21 U.S.C. § 853

Original Sentence:    Prison - 30 Months;          Type of Supervision: Supervised Release
                      TSR - 48 Months

Asst. U.S. Attorney:  Pamela Byerly               Date Supervision Commenced: 07/07/2008

Defense Attorney:     Karen S. Lindholdt          Date Supervision Expires: 07/06/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

           **Supporting Evidence**: Jeffrey Jennen allegedly violated conditions of his supervised release by being arrested for delivery of a controlled substance, methamphetamine, on September 8, 2011, contrary to mandatory condition 2 of his conditions of supervised release. According to Spokane County Sheriff's Office incident no. 11-239014, on the above-referenced date, at approximately 1400 hours, the offender was arrested pursuant to a probable cause warrant for three counts of delivery of a controlled substance, methamphetamine, that occurred in Spokane County, Washington.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

Prob12C
Re: Jennen, Jeffrey Lane
September 9, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/09/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/9/2011
Date